**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION

Case number *(if known)* _____   Chapter ___11___

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Unity Moving and Storage, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-2017140 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3650 Rogers Road #305 <br> Wake Forest, NC 27587 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Wake <br> County | **Location of principal assets, if different from principal place of business** <br> 2004 Brentwood Rd. Raleigh, NC 27604 <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     unityrelocation.com

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   Unity Moving and Storage, Inc.                              Case number (*if known*) _____
　　　　　 Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

　　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor  **Unity Moving and Storage, Inc.**                                    Case number (*if known*) _____
Name

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Unity Moving and Storage, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     August 20, 2018
                MM / DD / YYYY

**X** /s/ Robert A. Nunes                                    Robert A. Nunes
Signature of authorized representative of debtor             Printed name

Title     President

**18. Signature of attorney**

**X** /s/ Trawick H. Stubbs - William H. Kroll          Date   August 20, 2018
Signature of attorney for debtor                               MM / DD / YYYY

Trawick H. Stubbs - William H. Kroll
Printed name

Stubbs & Perdue, P.A.
Firm name

PO Box 1654
New Bern, NC 28563
Number, Street, City, State & ZIP Code

Contact phone     252-633-2700          Email address     tstubbs@stubbsperdue.com

4221 - 39149 NC
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Unity Moving and Storage, Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 20, 2018    **X** /s/ Robert A. Nunes
                                      Signature of individual signing on behalf of debtor

                                        Robert A. Nunes
                                        Printed name

                                        President
                                         Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Unity Moving and Storage, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Stearns Bank Attn: Managing Agent 500 13th Street PO Box 750 Albany, MN 56307 | | 2009 Freighliner ML106 VIN # 1FVAWDT79HAG5 805 Truck # 7997 | | $88,000.00 | $12,000.00 | $76,000.00 |
| Stearns Bank Attn: Managing Agent 500 13th Street PO Box 750 Albany, MN 56307 | | 2008 International 7600 Van VIN # 1HTTXAHNL8J685 192 Truck # 2974 | | $88,000.00 | $20,000.00 | $68,000.00 |
| Stearns Bank Attn: Managing Agent 500 13th Street PO Box 750 Albany, MN 56307 | | 2009 International 7600 Van VIN # 1HTTXAHN39J144 473 Truck # 2996 | | $88,000.00 | $25,000.00 | $63,000.00 |
| Wells Fargo SBL Attn: Manager, Agent, Officer PO Box 29482 Phoenix, AZ 85038 | | | | | | $36,400.00 |
| Capital One Attn: Manager, Agent, Officer P.O. Box 71083 Charlotte, NC 28272-1083 | | | | | | $30,000.00 |
| Internal Revenue Service Attn: Manager, Agent, Officer P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | | $20,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   Unity Moving and Storage, Inc.                                    Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Wesco Insurance Company Attn: Manager, Officer, Agent 59 Maiden Ln, Fl 43 New York, NY 10038-4639 | | | | | | $11,845.82 |
| North Carolina Dept of Revenue Attn: Manager, Agent, Officer P.O. Box 25000 Raleigh, NC 27640 | | | | | | $2,500.00 |
| Verliance Inc. Attn: Manager, Officer, Agent 43406 Business Park Drive Temecula, CA 92590 | | | Disputed | | | $2,074.00 |
| American Express Attn: Manager, Agent, Officer P.O. Box 1270 Newark, NJ 07101-1270 | | | | | | $1,900.00 |
| Stearns Bank Attn: Managing Agent 500 13th Street PO Box 750 Albany, MN 56307 | | 2009 International 7600 Box VIN # 1HTTXAHR19J131 580 Truck # 2984 Accident on 8/17/18 | | $88,000.00 | Unknown | Unknown |
| Wake County Revenue Dept Attn: Manager, Agent, Officer P.O. Box 580084 Charlotte, NC 28258-0084 | | | | | | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Unity Moving and Storage, Inc.

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*............................................................................................    $        0.00

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*..........................................................................................    $        93,835.00

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*............................................................................................    $        93,835.00

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $        355,900.00

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*..............................................................    $        22,500.00

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$        82,219.82

4.    **Total liabilities** ...........................................................................................................
     Lines 2 + 3a + 3b      $        460,619.82

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Unity Moving and Storage, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | Bank of America | Checking | 3737 | $3,753.00 |
| 3.2. | Bank of America | Checking | 9866 | $5,083.00 |
| 3.3. | Wells Fargo Bank | Checking | 3494 | $149.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $8,985.00 |

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

| Debtor | Unity Moving and Storage, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | 8,000.00 | - | 0.00 | = .... | $8,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $8,000.00 |
|---|---|

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:** **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Office Furniture | $0.00 | | $350.00 |
| 40. | **Office fixtures**<br>Fixtures | $0.00 | | $350.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office Equipment | $0.00 | | $150.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Unity Moving and Storage, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| 43. | **Total of Part 7.** | | $850.00 |
|---|---|---|---|
| | Add lines 39 through 42. Copy the total to line 86. | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| | **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | 2009 International 7600 Box<br>VIN # 1HTTXAHR19J131580<br>Truck # 2984<br>Accident on 8/17/18 | $0.00 | | Unknown |
| 47.2. | 2009 International 7600 Van<br>VIN # 1HTTXAHN39J144473<br>Truck # 2996 | $0.00 | | $25,000.00 |
| 47.3. | 2008 International 7600 Van<br>VIN # 1HTTXAHNL8J685192<br>Truck # 2974 | $0.00 | | $20,000.00 |
| 47.4. | 2009 Freighliner ML106<br>VIN # 1FVAWDT79HAG5805<br>Truck # 7997 | $0.00 | | $12,000.00 |
| 47.5. | 2008 International 7600 Van<br>VIN # 1HTTXAHN685685193<br>Truck # 2957 | $0.00 | | $18,000.00 |
| 47.6. | 2005 Dodge Dakota<br>VIN # 1D7HE48N75S365207 | $0.00 | | $1,000.00 |
| 47.7. | 2004 UD Series Truck<br>VIN # JNAMB43H94AN75043<br>Scrapped June 2017 | $0.00 | | $0.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor    Unity Moving and Storage, Inc.                          Case number *(If known)* _____
          Name

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

51.    **Total of Part 8.**                                                              | $76,000.00 |

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

<table>
<tr><td>Part 9:</td><td>**Real property**</td></tr>
</table>

**54. Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

<table>
<tr><td>Part 10:</td><td>**Intangibles and intellectual property**</td></tr>
</table>

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

<table>
<tr><td>Part 11:</td><td>**All other assets**</td></tr>
</table>

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Unity Moving and Storage, Inc.                                  Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $8,985.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $850.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $76,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $93,835.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $93,835.00 |

**Fill in this information to identify the case:**

Debtor name    Unity Moving and Storage, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1**   Direct Capital<br><span style="font-size:smaller">Creditor's Name</span><br>Attn: Manager or Agent<br>155 Commerce Way<br>Portsmouth, NH 03801<br><span style="font-size:smaller">Creditor's mailing address</span><br><br><br><span style="font-size:smaller">Creditor's email address, if known</span><br><br>**Date debt was incurred**<br>2013<br>**Last 4 digits of account number**<br>8010<br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>2008 International 7600 Van<br>VIN # 1HTTXAHN685685193<br>Truck # 2957<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,900.00 | $18,000.00 |
| **2.2**   Stearns Bank<br><span style="font-size:smaller">Creditor's Name</span><br>Attn: Managing Agent<br>500 13th Street<br>PO Box 750<br>Albany, MN 56307<br><span style="font-size:smaller">Creditor's mailing address</span><br><br><br><span style="font-size:smaller">Creditor's email address, if known</span><br><br>**Date debt was incurred**<br>04/2015<br>**Last 4 digits of account number**<br>7097<br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>2009 International 7600 Box<br>VIN # 1HTTXAHR19J131580<br>Truck # 2984<br>Accident on 8/17/18<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $88,000.00 | Unknown |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Unity Moving and Storage, Inc.                         Case number (if know)    _____
          _____
          Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

| 2.3 | Stearns Bank | Describe debtor's property that is subject to a lien | $88,000.00 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

Attn: Managing Agent
500 13th Street
PO Box 750
Albany, MN 56307

Creditor's mailing address

2009 International 7600 Van
VIN # 1HTTXAHN39J144473
Truck # 2996

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

| 2.4 | Stearns Bank | Describe debtor's property that is subject to a lien | $88,000.00 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

Attn: Managing Agent
500 13th Street
PO Box 750
Albany, MN 56307

Creditor's mailing address

2008 International 7600 Van
VIN # 1HTTXAHNL8J685192
Truck # 2974

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

| 2.5 | Stearns Bank | Describe debtor's property that is subject to a lien | $88,000.00 | $12,000.00 |
|---|---|---|---|---|

Creditor's Name

Attn: Managing Agent
500 13th Street
PO Box 750
Albany, MN 56307

Creditor's mailing address

2009 Freighliner ML106
VIN # 1FVAWDT79HAG5805
Truck # 7997

**Describe the lien**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   Unity Moving and Storage, Inc.
_____    Case number (if know) _____
         Name

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $355,900.00

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
|  |  |  |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

**Fill in this information to identify the case:**

Debtor name ____ Unity Moving and Storage, Inc.

United States Bankruptcy Court for the: ____ EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION

Case number (if known) ____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 | $12,957.08 |

**2.1** Priority creditor's name and mailing address

Internal Revenue Service
Attn: Manager, Agent, Officer
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
2017-18

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Total claim: $20,000.00    Priority amount: $12,957.08

**2.2** Priority creditor's name and mailing address

North Carolina Dept of Revenue
Attn: Manager, Agent, Officer
P.O. Box 25000
Raleigh, NC 27640

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Total claim: $2,500.00    Priority amount: $2,500.00

Debtor   Unity Moving and Storage, Inc.                                   Case number (if known) _____
         Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

Wake County Revenue Dept
Attn: Manager, Agent, Officer
P.O. Box 580084
Charlotte, NC 28258-0084

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,900.00 |
|---|---|---|---|

American Express
Attn: Manager, Agent, Officer
P.O. Box 1270
Newark, NJ 07101-1270

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2016
**Last 4 digits of account number**  1002

Basis for the claim: _
Is the claim subject to offset? ☑ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $30,000.00 |
|---|---|---|---|

Capital One
Attn: Manager, Agent, Officer
P.O. Box 71083
Charlotte, NC 28272-1083

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  2016
**Last 4 digits of account number**  9972

Basis for the claim: _
Is the claim subject to offset? ☑ No ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,074.00 |
|---|---|---|---|

Verliance Inc.
Attn: Manager, Officer, Agent
43406 Business Park Drive
Temecula, CA 92590

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred**  Unknown
**Last 4 digits of account number**  8674

Basis for the claim: _
Is the claim subject to offset? ☑ No ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $36,400.00 |
|---|---|---|---|

Wells Fargo SBL
Attn: Manager, Agent, Officer
PO Box 29482
Phoenix, AZ 85038

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/2012
**Last 4 digits of account number**  3968

Basis for the claim: _
Is the claim subject to offset? ☑ No ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,845.82 |
|---|---|---|---|

Wesco Insurance Company
Attn: Manager, Officer, Agent
59 Maiden Ln, Fl 43
New York, NY 10038-4639

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  _
**Last 4 digits of account number**  9004

Basis for the claim: _
Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

---

Debtor    Unity Moving and Storage, Inc.

Name

Case number (if known) _____

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Bethune & Associates<br>Attn: Manager, Officer, Agent<br>14435 North 7th Street, Suite<br>Phoenix, AZ 85022 | Line  3.5 <br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 22,500.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 82,219.82 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 104,719.82 |

**Fill in this information to identify the case:**

Debtor name    Unity Moving and Storage, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest    Insurance | |
| State the term remaining | First Insurance Funding Attn: Manager, Officer, Agent 450 Skokie Blvd, Ste 1000 Northbrook, IL 60062-3709 |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Unity Moving and Storage, Inc.___

United States Bankruptcy Court for the: ___EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION___

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Robert A. Nunes | 7428 Pomona Avenue Rolesville, NC 27571 | Wells Fargo SBL | ☐ D _____ ■ E/F ___3.4___ ☐ G _____ |
| 2.2 | Robert A. Nunes | 7428 Pomona Avenue Rolesville, NC 27571 | Capital One | ☐ D _____ ■ E/F ___3.2___ ☐ G _____ |
| 2.3 | Robert A. Nunes | 7428 Pomona Avenue Rolesville, NC 27571 | American Express | ☐ D _____ ■ E/F ___3.1___ ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name    Unity Moving and Storage, Inc.

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA - RALEIGH DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

---

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2018 to Filing Date | ■ Operating a business<br>☐ Other _____ | $450,000.00 |
| For prior year:<br>From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other _____ | $813,713.00 |
| For year before that:<br>From  1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other _____ | $985,844.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

---

Debtor    Unity Moving and Storage, Inc.                              Case number *(if known)*

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | Stearns Bank<br>Attn: Managing Agent<br>500 13th Street<br>PO Box 750<br>Albany, MN 56307 | May 2018<br>June 2018<br>July 2018 | $12,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | First Insurance Funding<br>Attn: Manager, Officer, Agent<br>450 Skokie Blvd, Ste 1000<br>Northbrook, IL 60062-3709 | May 2018<br>June 2018<br>July 2018 | $12,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _Insurance_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Robert A. Nunes<br>7428 Pomona Avenue<br>Rolesville, NC 27571<br>President, Owner | Monthly | $96,000.00 | Salary/Draws |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

Debtor    Unity Moving and Storage, Inc.        Case number *(if known)* _____

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| 2009 International 7600 Box<br>VIN # 1HTTXAHR19J131580<br>Truck # 2984 | | 8/17/18 | Unknown |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**

   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 8/15/18 - $2,500<br>8/20/18 - $2,500<br>See additional information in Attorney's Affidavit | |
| | Stubbs & Perdue, P.A.<br>310 Craven Street<br>PO Box 1654<br>New Bern, NC 28563-1654 | | | $5,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

Debtor  Unity Moving and Storage, Inc.                                    Case number *(if known)*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Unity Moving and Storage, Inc.                                           Case number *(if known)*

---

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

---

Debtor    Unity Moving and Storage, Inc.                                    Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Robert A. Nunes<br>7428 Pomona Avenue<br>Rolesville, NC 27571 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Debtor   Unity Moving and Storage, Inc.                     Case number *(if known)*

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert A. Nunes | 7428 Pomona Avenue<br>Rolesville, NC 27571 | President | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Laura S. Nunes | 7428 Pomona Avenue<br>Rolesville, NC 27571 | Secretary | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor___Unity Moving and Storage, Inc._____     Case number _(if known)_____

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this _Statement of Financial Affairs_ and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on___August 20, 2018_____

/s/ Robert A. Nunes                                              Robert A. Nunes
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor___President_____

**Are additional pages to _Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy_ (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

In re    Unity Moving and Storage, Inc.                 Case No.                         

                                      Debtor(s)          Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Robert A. Nunes<br>7428 Pomona Avenue<br>Rolesville, NC 27571 | | 100% | President |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

         I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    August 20, 2018                          Signature    /s/ Robert A. Nunes

                                                                     Robert A. Nunes

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

In re   Unity Moving and Storage, Inc.        Case No. _____
               Debtor(s)        Chapter   11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   August 20, 2018              /s/ Robert A. Nunes
                                       Robert A. Nunes/President
                                       Signer/Title

UNITY MOVING AND STORAGE, INC.
3650 ROGERS ROAD #305
WAKE FOREST, NC 27587

BANKRUPTCY ADMINISTRATOR
ATTN: MARJORIE LYNCH
434 FAYETTEVILLE STREET
SUITE 640
RALEIGH, NC 27601

SECURITIES & EXCHANGE COM
OFFICE OF REORGANIZATION
950 E PACES FERRY RD NE 900
ATLANTA, GA 30326-1382

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

NC DEPT OF REVENUE
OFFICE SERVICES DIVISION
ATTN:  BANKRUPTCY UNIT
P.O. BOX 1168
RALEIGH, NC 27602-1168

UNITED STATES ATTORNEY
ATTN: CIVIL PROCESS CLERK
310 NEW BERN AVENUE
FEDERAL BLDG SUITE 800
RALEIGH, NC 27601-1461

INTERNAL REVENUE SERVICE
ATTN: MANAGER, AGENT, OFFICER
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

ATTORNEY GENERAL
950 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20530

NC DEPT OF REVENUE
OFFICE SERVICES DIVISION
ATTN:  BANKRUPTCY UNIT
P.O. BOX 1168
RALEIGH, NC 27602-1168

JOSH STEIN, ATTORNEY GENERAL
STATE OF NC
9001 MAIL SERVICE CENTER
RALEIGH, NC 27699-9001

AMERICAN EXPRESS
ATTN: MANAGER, AGENT, OFFICER
P.O. BOX 1270
NEWARK, NJ 07101-1270

BETHUNE & ASSOCIATES
ATTN: MANAGER, OFFICER, AGE
14435 NORTH 7TH STREET, SUIT
PHOENIX, AZ 85022

CAPITAL ONE
ATTN: MANAGER, AGENT, OFFICER
P.O. BOX 71083
CHARLOTTE, NC 28272-1083

DIRECT CAPITAL
ATTN:  MANAGER OR AGENT
155 COMMERCE WAY
PORTSMOUTH, NH 03801

FIRST INSURANCE FUNDING
ATTN: MANAGER, OFFICER, AGE
450 SKOKIE BLVD, STE 1000
NORTHBROOK, IL 60062-3709

NORTH CAROLINA DEPT OF REVENUE
ATTN: MANAGER, AGENT, OFFICER
P.O. BOX 25000
RALEIGH, NC 27640

ROBERT A. NUNES
7428 POMONA AVENUE
ROLESVILLE, NC 27571

STEARNS BANK
ATTN: MANAGING AGENT
500 13TH STREET
PO BOX 750
ALBANY, MN 56307

VERLIANCE INC.
ATTN: MANAGER, OFFICER, AGENT
43406 BUSINESS PARK DRIVE
TEMECULA, CA 92590

WAKE COUNTY REVENUE DEPT
ATTN: MANAGER, AGENT, OFFICER
P.O. BOX 580084
CHARLOTTE, NC 28258-0084

WELLS FARGO SBL
ATTN: MANAGER, AGENT, OFFIC
PO BOX 29482
PHOENIX, AZ 85038

WESCO INSURANCE COMPANY
ATTN: MANAGER, OFFICER, AGENT
59 MAIDEN LN, FL 43
NEW YORK, NY 10038-4639

# United States Bankruptcy Court
## Eastern District of North Carolina - Raleigh Division

In re    Unity Moving and Storage, Inc.

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    Unity Moving and Storage, Inc.    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Robert A. Nunes
7428 Pomona Avenue
Rolesville, NC 27571

☐ None [*Check if applicable*]

August 20, 2018                    /s/ Trawick H. Stubbs - William H. Kroll

Date                              Trawick H. Stubbs - William H. Kroll

Signature of Attorney or Litigant

Counsel for    Unity Moving and Storage, Inc.

Stubbs & Perdue, P.A.

PO Box 1654
New Bern, NC 28563
252-633-2700 Fax:252-633-9600
tstubbs@stubbsperdue.com