**IN RE UNITY MOVING AND STORAGE, INC.**
**CASE NO. 18-04152-5-JNC**
**EXHIBIT A: ASSETS & LIQUIDATION ANALYSIS**

**ASSETS:**  0.75

| REAL PROPERTY | LIENHOLDER | LIEN AMOUNT | FMV | LIQ. VALUE (75%) | EQUITY | NOTES |
|---|---|---|---|---|---|---|
| None | | | | | | |

| PERSONAL PROPERTY: | LIENHOLDER | LIEN AMOUNT | FMV | LIQ. VALUE | EQUITY | |
|---|---|---|---|---|---|---|
| DIP Checking Accounts | | | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | |
| Accounts Receivable (Collectible) | | | $ 8,000.00 | $ 6,000.00 | $ 6,000.00 | |
| Workers Comp Audit Refund | | | $ 11,194.00 | $ 11,194.00 | $ 11,194.00 | |
| Office Equipment | | | $ 850.00 | $ 637.50 | $ 637.50 | |
| 2009 International 7600 Box VIN # 1HTTXAHR19J131580 Truck # 2984 | | | | | | |
| Accident on 8/17/18 | Stearns Bank | | $ - | $ - | $ - | |
| Insurance Proceeds from accident | Stearns Bank | | Unknown | Unknown | $ - | |
| 2009 International 7600 Van VIN # 1HTTXAHN39J144473 Truck # 2996 | Stearns Bank | | $ 25,000.00 | $ 18,750.00 | $ - | |
| 2008 International 7600 Van VIN # 1HTTXAHNL8J685192 Truck # 2974 | Stearns Bank | | $ 20,000.00 | $ 15,000.00 | $ - | |
| 2009 Freightliner ML106 VIN # 1FVAWDT79HAG5805 Truck # 2997 | Stearns Bank | | $ 12,000.00 | $ 9,000.00 | | |
| STEARNS BANK COLLATERAL TOTALS | | $ 88,000.00 | $ 57,000.00 | $ 42,750.00 | $ - | |
| 2008 International 7600 Van VIN # 1HTTXAHN685685193 Truck # 2957 | Direct Capital | $ 4,456.06 | $ 18,000.00 | $ 13,500.00 | $ 9,043.94 | |
| 2005 Dodge Dakota VIN # 1D7HE48N75S365207 | | | $ 1,000.00 | $ 750.00 | $ 750.00 | |
| | | $ 92,456.06 | $ 89,850.00 | $ 68,637.50 | $ 21,431.44 | |

**TOTAL EQUITY BEFORE ADMINISTRATIVE AND CHAPTER 7 EXPENSES:**   $ 21,431.44

**LESS THE FOLLOWING EXPENSES:**

Chapter 7 Auctioner Fees Real Property
 10% of first $25,000.00   10%   n/a
 4% of balance   4%

Chapter 7 Auctioneer Fees Personal Property   $ 25,887.50
 20% of first $20,000   20%   $ (4,000.00)
 10% of next $50,000   10%   $ (588.75)
 4% of balance   4%   $ -

Trustee's Commission
 25% of first $5,000   25%   $ (1,250.00)
 10% of next $5,000 to $50,000   10%   $ (2,088.75)
 3% of balance   3%   $ -

Attorney's Fees for Chapter 7 Trustee (est.)   $ (10,000.00)
Chapter 11 Administrative Claims (est.)   $ (25,000.00)
Priority Claims   $ (16,000.00)

**AMOUNT AVAILABLE FOR UNSECURED CREDITORS**   $ (37,496.06)

**IN RE UNITY MOVING AND STORAGE, INC.**
**CASE NO. 18-04152-5-JNC**
**EXHIBIT B: PLAN CLASSES & LIABILITIES**

| | **Clm** | **Impairment** | **Amount** | **Estimated Monthly Payment / Notes** |
|---|---|---|---|---|
| **Class 1: ADMINISTRATIVE CLAIMS** | | Unimpaired | | |
| Stubbs & Perdue | Estimated | | $ 25,000.00 | |
| **Class 2: AD VALOREM TAXES** | | Unimpaired | $ - | |
| Wake County | | | $ - | $ - |
| **Class 3: PRIORITY TAX CLAIMS** | | Unimpaired | $ 15,764.42 | $326.61 |
| IRS | 1 | | $ 13,264.42 | |
| NC DoR | | | $ 2,500.00 | |
| **Class 4: DIRECT CAPITAL** | | Impaired | $ 4,456.06 | $84.09 |
| 2008 International 7600 Van | | | | |
| VIN # 1HTTXAHN685685193 | 2 | | | 5% for 60m |
| Truck # 2957 | | | $ 4,456.06 | |
| **Class 5: STEARNS BANK** | | Impaired | $ 88,000.00 | |
| 2009 International 7600 Box | | | Stearns Bank will receive insurance proceeds from accident $20,842.76 (pay off for Truck # 2984) | |
| VIN # 1HTTXAHR19J131580 | | | | |
| Truck # 2984 | | Secured | | |
| Accident on 8/17/18 | | | | |
| Insurance Proceeds from Accident | | | | |
| 2009 International 7600 Van | | | | |
| VIN # 1HTTXAHN39J144473 | | | | |
| Truck # 2996 | | | | |
| 2008 International 7600 Van | | Secured | | |
| VIN # 1HTTXAHNL8J685192 | | 5% for 60m | $ 57,000.00 | $1,075.66 |
| Truck # 2974 | | | | |
| 2009 Freightliner ML106 | | | | |
| VIN # 1FVAWDT79HAG5805 | | | | |
| Truck # 7997 | | | | |
| | | Unsecured | Unknown | See Class 6 |
| **Class 6: GENERAL UNSECURED** | **Total** | Impaired | $ 89,605.13 | **$20,000 over 5 years** |
| IRS | 1 | | $7,572.32 | $1,690.15 |
| Stearns Bank Class 5 Deficiency | | | Unknown | n/a |
| American Express | 3 | | $1,712.99 | $382.34 |
| Capital One | | | $30,000.00 | $6,696.05 |
| Home Depot | | | Unknown | n/a |
| Verliance Inc. | | | $2,074.00 | $462.92 |
| Wells Fargo SBL | | | $36,400.00 | $8,124.53 |
| Wesco Insurance Company | | | $11,845.82 | $2,644.00 |
| **Class 7: EQUITY SECURITY HOLDER** | | Unimpaired | | |
| Robert A. Nunes | | 100% | | |

**IN RE UNITY MOVING AND STORAGE, INC.**
**CASE NO. 18-04152-5-JNC**
**EXHIBIT C: PROJECTIONS**

| Income | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 |
|---|---|---|---|---|---|---|---|---|
| Starting Cash | $ - | $ (9,364.59) | $ (10,261.84) | $ (13,646.59) | $ (20,848.68) | $ (26,503.43) | $ (32,050.68) | $ (30,170.27) |
| Sales | $ 30,000.00 | $ 45,000.00 | $ 40,000.00 | $ 35,000.00 | $ 34,000.00 | $ 35,000.00 | $ 56,000.00 | $ 55,000.00 |
| **Available Cash** | **$ 30,000.00** | **$ 35,635.41** | **$ 29,738.16** | **$ 21,353.41** | **$ 13,151.32** | **$ 8,496.57** | **$ 23,949.32** | **$ 24,829.73** |

| Plan Expenses | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 |
|---|---|---|---|---|---|---|---|---|
| **Class 1: Admin** | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 |
| **Class 2: Taxes** | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| **Class 3: Taxes** | $ 979.84 | n/a | n/a | $ 979.84 | n/a | n/a | $ 979.84 | n/a |
| **Class 4: Direct Capital** | $84.09 | $84.09 | $84.09 | $84.09 | $84.09 | $84.09 | $84.09 | $84.09 |
| **Class 5: Stearns Bank** | $1,075.66 | $1,075.66 | $1,075.66 | $1,075.66 | $1,075.66 | $1,075.66 | $1,075.66 | $1,075.66 |
| **Class 6: General Unsecured** | $ 1,000.00 | n/a | n/a | $ 1,000.00 | n/a | n/a | $ 1,000.00 | n/a |
| **Quarterly Fee** | n/a | n/a | $ 325.00 | n/a | n/a | $ 325.00 | n/a | n/a |
| **TOTAL:** | **$ 5,639.59** | **$ 3,659.75** | **$ 3,984.75** | **$ 5,639.59** | **$ 3,659.75** | **$ 3,984.75** | **$ 5,639.59** | **$ 3,659.75** |

**IN RE UNITY MOVING AND**
**CASE NO. 18-04152-5-JNC**
**EXHIBIT C: PROJECTIONS**

| Income | Month 9 | Month 10 | Month 11 | Month 12 | TOTAL |
|---|---|---|---|---|---|
| Starting Cash | $ (26,742.52) | $ (23,314.77) | $ (2,404.36) | $ 18,660.89 | $ - |
| Sales | $ 55,000.00 | $ 100,000.00 | $ 90,000.00 | $ 80,000.00 | $ 655,000.00 |
| **Available Cash** | **$ 28,257.48** | **$ 76,685.23** | **$ 87,595.64** | **$ 98,660.89** | **$ 655,000.00** |

| Plan Expenses | Month 9 | Month 10 | Month 11 | Month 12 | TOTAL |
|---|---|---|---|---|---|
| **Class 1: Admin** | $ 2,500.00 | $ 2,500.00 | $ - | $ - | $ 25,000.00 |
| **Class 2: Taxes** | n/a | n/a | n/a | n/a | $ - |
| **Class 3: Taxes** | n/a | $ 979.84 | n/a | n/a | $ 3,919.34 |
| **Class 4: Direct Capital** | $84.09 | $84.09 | $84.09 | $84.09 | $ 1,009.10 |
| **Class 5: Stearns Bank** | $1,075.66 | $1,075.66 | $1,075.66 | $1,075.66 | $ 12,907.92 |
| **Class 6: General Unsecured** | n/a | $ 1,000.00 | n/a | n/a | $ 4,000.00 |
| **Quarterly Fee** | n/a | n/a | n/a | n/a | $ 650.00 |
| **TOTAL:** | **$ 3,659.75** | **$ 5,639.59** | **$ 1,159.75** | **$ 1,159.75** | **$ 47,486.36** |

| Business Expenses | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 |
|---|---|---|---|---|---|---|---|---|
| Officer Compensation | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 |
| W-2 | $ 7,500.00 | $ 11,250.00 | $ 10,000.00 | $ 8,750.00 | $ 8,500.00 | $ 8,750.00 | $ 14,000.00 | $ 13,750.00 |
| Payroll Taxes | $ 3,875.00 | $ 4,812.50 | $ 4,500.00 | $ 4,187.50 | $ 4,125.00 | $ 4,187.50 | $ 5,500.00 | $ 5,437.50 |
| 1099 | $ 4,500.00 | $ 6,750.00 | $ 6,000.00 | $ 5,250.00 | $ 5,100.00 | $ 5,250.00 | $ 8,400.00 | $ 8,250.00 |
| Personal Property Taxes | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 |
| Workers Comp Insurance | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 |
| Vehicle/Cargo Insurance | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 |
| Rent | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 |
| Fuel | $ 2,400.00 | $ 3,600.00 | $ 3,200.00 | $ 2,800.00 | $ 2,720.00 | $ 2,800.00 | $ 4,480.00 | $ 4,400.00 |
| Repairs & Maintenance | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 |
| Travel | $ 300.00 | $ 450.00 | $ 400.00 | $ 350.00 | $ 340.00 | $ 350.00 | $ 560.00 | $ 550.00 |
| Business Supplies | $ 450.00 | $ 675.00 | $ 600.00 | $ 525.00 | $ 510.00 | $ 525.00 | $ 840.00 | $ 825.00 |
| Office Supplies | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 |
| Advertising | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 |
| Miscellaneous | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 |
| Capital Replacement | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL: | $ 33,725.00 | $ 42,237.50 | $ 39,400.00 | $ 36,562.50 | $ 35,995.00 | $ 36,562.50 | $ 48,480.00 | $ 47,912.50 |

| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 |
|---|---|---|---|---|---|---|---|---|
| TOTAL EXPENSES: | $ 39,364.59 | $ 45,897.25 | $ 43,384.75 | $ 42,202.09 | $ 39,654.75 | $ 40,547.25 | $ 54,119.59 | $ 51,572.25 |
| Net Income/Loss | (9,364.59) | (897.25) | (3,384.75) | (7,202.09) | (5,654.75) | (5,547.25) | 1,880.41 | 3,427.75 |
| Ending Cash | (9,364.59) | (10,261.84) | (13,646.59) | (20,848.68) | (26,503.43) | (32,050.68) | (30,170.27) | (26,742.52) |

| Business Expenses | Month 9 | Month 10 | Month 11 | Month 12 | TOTAL |
|---|---|---|---|---|---|
| Officer Compensation | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 8,000.00 | $ 96,000.00 |
| W-2 | $ 13,750.00 | $ 25,000.00 | $ 22,500.00 | $ 20,000.00 | $ 163,750.00 |
| Payroll Taxes | $ 5,437.50 | $ 8,250.00 | $ 7,625.00 | $ 7,000.00 | $ 64,937.50 |
| 1099 | $ 8,250.00 | $ 15,000.00 | $ 13,500.00 | $ 12,000.00 | $ 98,250.00 |
| Personal Property Taxes | $ 200.00 | $ 200.00 | $ 200.00 | $ 200.00 | $ 2,400.00 |
| Workers Comp Insurance | $ 1,100.00 | $ 1,100.00 | $ 1,100.00 | $ 8,100.00 | $ 20,200.00 |
| Vehicle/Cargo Insurance | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 2,800.00 | $ 33,600.00 |
| Rent | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 7,200.00 |
| Fuel | $ 4,400.00 | $ 8,000.00 | $ 7,200.00 | $ 6,400.00 | $ 52,400.00 |
| Repairs & Maintenance | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 12,000.00 |
| Travel | $ 550.00 | $ 1,000.00 | $ 900.00 | $ 800.00 | $ 6,550.00 |
| Business Supplies | $ 825.00 | $ 1,500.00 | $ 1,350.00 | $ 1,200.00 | $ 9,825.00 |
| Office Supplies | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 3,000.00 |
| Advertising | $ 250.00 | $ 250.00 | $ 250.00 | $ 250.00 | $ 3,000.00 |
| Miscellaneous | $ 500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 6,000.00 |
| Capital Replacement | $ - | $ - | $ - | $ - | $ - |
| **TOTAL:** | $ 47,912.50 | $ 73,450.00 | $ 67,775.00 | $ 69,100.00 | $ 579,112.50 |

| | Month 9 | Month 10 | Month 11 | Month 12 | TOTAL |
|---|---|---|---|---|---|
| **TOTAL EXPENSES:** | $ 51,572.25 | $ 79,089.59 | $ 68,934.75 | $ 70,259.75 | $ 626,598.86 |
| **Net Income/Loss** | 3,427.75 | 20,910.41 | 21,065.25 | 9,740.25 | 28,401.14 |
| Ending Cash | (23,314.77) | (2,404.36) | 18,660.89 | 28,401.14 | 28,401.14 |

| SUMMARY | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | TOTALS |
|---|---|---|---|---|---|---|
| Starting Cash | $ - | $ 28,401.14 | $ 62,452.27 | $ 98,021.16 | $ 105,138.15 | $ - |
| Sales | $ 655,000.00 | $ 655,000.00 | $ 668,100.00 | $ 681,462.00 | $ 695,091.24 | $ 3,354,653.24 |
| **Available Cash** | **$ 655,000.00** | **$ 683,401.14** | **$ 730,552.27** | **$ 779,483.16** | **$ 800,229.39** | **$ 3,354,653.24** |
| | | | | | | |
| **Plan Expenses** | | | | | | |
| **Class 1: Admin** | $ 25,000.00 | n/a | n/a | n/a | n/a | $ 25,000.00 |
| **Class 2: Taxes** | $ - | $ - | $ - | $ - | $ - | $ - |
| **Class 3: Taxes** | $ 3,919.34 | $ 3,919.34 | $ 3,919.34 | $ 3,919.34 | $ 1,959.67 | $ 17,637.05 |
| **Class 4: Direct Capital** | $ 1,009.10 | $ 1,009.10 | $ 1,009.10 | $ 1,009.10 | $ 1,009.10 | $ 5,045.48 |
| **Class 5: Stearns Bank** | $ 12,907.92 | $ 12,907.92 | $ 12,907.92 | $ 12,907.92 | $ 12,907.92 | $ 64,539.62 |
| **Class 6: General Unsecured** | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 20,000.00 |
| **Quarterly Fee** | $ 650.00 | n/a | n/a | n/a | n/a | $ 650.00 |
| **TOTAL:** | $ 47,486.36 | $ 21,836.36 | $ 21,836.36 | $ 21,836.36 | $ 19,876.69 | $ 132,872.15 |
| | | | | | | |
| SUMMARY | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | TOTALS |
| **Business Expenses** | | | | | | |
| **Officer Compensation** | $ 96,000.00 | $ 96,000.00 | $ 97,920.00 | $ 99,878.40 | $ 101,875.97 | $ 491,674.37 |
| **W2** | $ 163,750.00 | $ 163,750.00 | $ 167,025.00 | $ 170,365.50 | $ 173,772.81 | $ 838,663.31 |
| **Payroll Taxes** | $ 64,937.50 | $ 64,937.50 | $ 66,236.25 | $ 67,560.98 | $ 68,912.19 | $ 332,584.42 |
| **1099** | $ 98,250.00 | $ 98,250.00 | $ 100,215.00 | $ 102,219.30 | $ 104,263.69 | $ 503,197.99 |
| **Personal Property Taxes** | $ 2,400.00 | $ 2,400.00 | $ 2,448.00 | $ 2,496.96 | $ 2,546.90 | $ 12,291.86 |
| **Workers Comp Insurance** | $ 20,200.00 | $ 20,200.00 | $ 20,604.00 | $ 21,016.08 | $ 21,436.40 | $ 103,456.48 |
| **Vehicle Insurance** | $ 33,600.00 | $ 33,600.00 | $ 34,272.00 | $ 34,957.44 | $ 35,656.59 | $ 172,086.03 |
| **Rent** | $ 7,200.00 | $ 7,200.00 | $ 7,344.00 | $ 7,490.88 | $ 7,640.70 | $ 36,875.58 |
| **Fuel** | $ 52,400.00 | $ 52,400.00 | $ 53,448.00 | $ 54,516.96 | $ 55,607.30 | $ 268,372.26 |
| **Repairs & Maintenance** | $ 12,000.00 | $ 12,000.00 | $ 12,240.00 | $ 12,484.80 | $ 12,734.50 | $ 61,459.30 |
| **Travel** | $ 6,550.00 | $ 6,550.00 | $ 6,681.00 | $ 6,814.62 | $ 6,950.91 | $ 33,546.53 |
| **Business Supplies** | $ 9,825.00 | $ 9,825.00 | $ 10,021.50 | $ 10,221.93 | $ 10,426.37 | $ 50,319.80 |
| **Office Supplies** | $ 3,000.00 | $ 3,000.00 | $ 3,060.00 | $ 3,121.20 | $ 3,183.62 | $ 15,364.82 |
| **Advertising** | $ 3,000.00 | $ 3,000.00 | $ 3,060.00 | $ 3,121.20 | $ 3,183.62 | $ 15,364.82 |
| **Miscellaneous** | $ 6,000.00 | $ 6,000.00 | $ 6,120.00 | $ 6,242.40 | $ 6,367.25 | $ 30,729.65 |
| **Capital Replacement** | $ - | $ 20,000.00 | $ 20,000.00 | $ 50,000.00 | $ 50,000.00 | $ 140,000.00 |
| Total Business | $ 579,112.50 | $ 599,112.50 | $ 610,694.75 | $ 652,508.65 | $ 664,558.82 | $ 3,105,987.21 |
| | | | | | | |
| **TOTAL EXPENSES:** | $ 626,598.86 | $ 620,948.86 | $ 632,531.11 | $ 674,345.01 | $ 684,435.51 | $ 3,238,859.36 |
| | | | | | | |
| **Net Income/Loss** | $ 28,401.14 | $ 34,051.14 | $ 35,568.89 | $ 7,116.99 | $ 10,655.73 | $ 115,793.88 |
| Ending Cash | $ 28,401.14 | $ 62,452.27 | $ 98,021.16 | $ 105,138.15 | $ 115,793.88 | $ 115,793.88 |